Pima County Jail Indigent Mail/ JAIL USE ONLY
Name: Josher Lamb
Booking #: 010305071
Pod Location: 3B-RM14-B1
P.O. Box 951
Tucson, AZ 85702

U.S. District Court
405 W Congress S.
Ste # 150
Tucson, AZ 85701

CV-21-00310-TUC-JGZ-PSOT



AUG - 2 2021

neopost 07/29/2021
US POSTAGE $000.91
FIRST-CLASS MAIL
ZIP 85701
041M12250950